UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANXIAN YE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES CITIZEN AND IMMIGRATION SERVICES, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-02104-JAK-E<br><br>**ORED RE JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION (DKT. 14)**<br><br>**JS-6: Case Stayed/Inactive** |

　　　Based on a review of the parties' Joint Stipulation to Stay Case Pending Adjudication of Application (Dkt. 14, the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. All proceedings in this action are **STAYED** until May 28, 2024. The parties shall file a joint report on the earlier of every 60 days, or within 10 days of any material development in the administrative proceedings, including any modification of the January 12, 2024 interview date. The first 60-day report shall be filed no later than July 24, 2023.

　　　On or before the earlier of May 23, 2024, or within 10 days following the adjudication of Plaintiff's I-589 Application for Asylum and for Withholding of Removal pending before the United States Citizenship and Immigration Services, the

parties shall file a joint report regarding the status of the application. The joint report shall also state the parties' collective and/or respective positions as to whether the stay should be continued, the case dismissed (with or without prejudice), or the stay lifted and the action returned to the Court's active calendar.

**IT IS SO ORDERED.**

DATED: May 25, 2023

John A. Kronstadt
United States District Judge